UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:18-cv-00327-PSG (MAA)** | Date: **May 21, 2019** |
| Title **Roderick Himes v. J. Gastelo, *et al.*** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

     On January 30, 2019, Magistrate Judge Maria A. Audero issued a Report and Recommendation regarding Defendants' Motion to Dismiss Plaintiff's Complaint. ("R&R," ECF No. 30.) On March 25, 2019, District Judge Philip S. Gutierrez accepted and adopted the R&R, granted in part and denied in part Defendants' Motion to Dismiss without prejudice, and dismissed the Complaint with leave to Amend. (Order, ECF No. 33.)

     On April 2, 2019, the Court ordered Plaintiff to, no later than May 2, 2019, either: (1) file a First Amended Complaint, or (2) advise the Court that Plaintiff does not intend to file a First Amended Complaint. (Order, ECF No. 34.) The Court explicitly cautioned Plaintiff that "[f]ailure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*)

     To date, Plaintiff has neither filed a First Amended Complaint nor advised the Court that Plaintiff does not intend to file a First Amended Complaint. If Plaintiff no longer wishes to pursue this action, he may request voluntary dismissal at any time using the attached Notice of Dismissal Form (CV-09). *See* Fed. R. Civ. P. 41(a).

     Plaintiff is **ORDERED TO SHOW CAUSE** by **June 20, 2019** why the Court should not recommend that the case be dismissed for failure to follow the Court's orders and/or for want of prosecution. *See* Fed R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a First Amended

Complaint or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachment
Notice of Dismissal (CV-09)

**Time in Court:**   0:00
**Initials of Preparer:**   CSI