JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RODERICK HIMES, | Case No. 2:18-cv-00327-PSG (MAA) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| J. GASTELO et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action are DISMISSED with prejudice.

DATED: 4/29/2020

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE